## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

|  |  |
|---|---|
| IN RE:<br>Cody Dale Butts | Case No.:18−10705−jal |
| Debtor(s) | Trustee: Alicia C. Johnson<br>PO Box 1654<br>Russellville, KY 42276<br>270−726−8668 |
| Chapter:7 | Meeting Date: 9/14/18<br>Meeting Time: 02:30 PM |

## Order For Debtor to Submit Documents

The above−named debtor shall at least **14 days** prior to the initial date set for the 11 U.S.C. §341 meeting of creditors submit to the trustee, whose name and address appear above, along with a copy of this Order, **only photocopies** of the following documents:

1. All personal and business books, records of account, bank books, bank statements and cancelled checks for the 6 months preceding bankruptcy (the last bank statement must show the amount on deposit on the date of bankruptcy);

2. All contracts or title papers pertaining to any property in which the debtor has an interest, including any deed or contract under which the debtor holds title to or any interest in real estate, all recorded mortgages, tax assessments, liens, or encumbrances upon said property, including the amount owed on date of filing. These documents may be obtained from the Office of the Clerk for the county in which the real estate is located;

3. Title papers to any motor vehicles, mobile homes, trailers or boats (if original papers have been lost, duplicates must be obtained from the Office of the Clerk for the county in which the vehicles are registered);

4. Certificates of stock, bonds and a disclosure of any safe deposit boxes and list of contents;

5. Contracts of life or burial insurance;

6. The debtor's most recent state and federal income tax returns, including copies of all 1099 and W−2 forms;

7. Payment advices (wage statements) received within 60 days before filing from any employer;

8. All notes, security agreements, loan disclosure statements and other documents relating to loan transactions to which the debtor is a party.

9. Copy of the most recent federal income tax return, balance sheet and income statement for any business in which the debtor and/or spouse holds (or has held) a 50% or greater ownership interest within two years of the filing date;

Copies of all complaints (or counter and/or cross claims) for all pending lawsuits in which the debtor is the plaintiff (or counter and/or cross claimant); and copies of all wills, trusts, and probate petitions related to any suits and/or administrative proceedings to which the debtor is or was a benficiary within one year of the filing date.

**Failure to timely comply with this order will result in the dismissal of this case without further notice.**

**Transmittal of the documents to the above−named Trustee shall comply with that Trustee's preferred transmittal method listed on the table attached hereto.**

Dated: 7/24/18

ENTERED BY ORDER OF THE COURT
United States Bankruptcy Court
Elizabeth H. Parks

United States Bankruptcy Court
Western District of Kentucky

In re:                                                          Case No. 18-10705-jal
Cody Dale Butts                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0644-1        User: aallen           Page 1 of 1           Date Rcvd: Jul 24, 2018
                            Form ID: 228           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2018.
db              +Cody Dale Butts,   1727 Greenhill Road,   Bowling Green, KY 42103-9868

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2018 at the address(es) listed below:
              Alicia C. Johnson    bkalicia@hotmail.com,  bk_bruce@hotmail.com;KY52@ecfcbis.com
              Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
              Harlan E. Judd, III    on behalf of Debtor Cody Dale Butts Harlanjuddlaw@gmail.com,
               juddlawsecretary@gmail.com
                                                                                             TOTAL: 3