## Trustee's Preferred Methodology For Document Turnover

| Trustee | Preferred Method for Turnover | Trustee's Contact Information |
|---|---|---|
| **Louisville** | | |
| William Stephen Reisz | Electronic documents via email | TrusteeReisz@gmail.com |
| Michael E. Wheatley | Electronic documents via email; Paper documents or documents on CD/DVD via mail; NO FAXES | PO Box 1072, Prospect, KY 40059<br>502–744–6484<br>mwheatleytr@gmail.com |
| Robert W. Keats | Paper documents; electronic documents via email; NO FAXES | PO Box 221377 Louisville, KY 40252–1377; 502–587–8787; rkeats@bellsouth.net |
| William W. Lawrence | Electronic documents via email only | wlch7ecf@gmail.com |
| **Paducah** | | |
| Mark Little | Via BlueStylus | trustee@littlelawky.com |
| **Bowling Green** | | |
| Jerry A. Burns | Via DocLink<br>Via email, by Adobe Acrobat & Bookmarked | www.doclink.bms7.com<br>burnstrustee@bellsouth.net |
| Mark H. Flener | Via DocLink<br>Electronic format via email | www.doclink.bms7.com<br>mflener@bellsouth.net<br>deannalancaster@bellsouth.net |
| Alicia C. Johnson | Via DocLink<br>Electronic format via email | www.doclink.bms7.com<br>bkalicia@hotmail.com<br>bk_bruce@hotmail.com<br>KY52@ecfcbis.com |
| **Owensboro** | | |
| Harry L. Mathison | Prefer emailed documents | hmathison@kdblaw.com |
| Bradley Salyer | Electronic format via email | salyertrustee@gmail.com |

United States Bankruptcy Court
Western District of Kentucky

In re:  
Cody Dale Butts  
       Debtor

Case No. 18-10705-jal  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0644-1     User: aallen     Page 1 of 1     Date Rcvd: Jul 24, 2018  
                           Form ID: 254     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2018.  
db          +Cody Dale Butts,   1727 Greenhill Road,   Bowling Green, KY 42103-9868

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2018 at the address(es) listed below:  
        Alicia C. Johnson   bkalicia@hotmail.com,  bk_bruce@hotmail.com;KY52@ecfcbis.com  
        Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov  
        Harlan E. Judd, III    on behalf of Debtor Cody Dale Butts Harlanjuddlaw@gmail.com,  
          juddlawsecretary@gmail.com  
                                                                                      TOTAL: 3